UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **JOSHUA LATRAVIS PLATER** | **CIVIL ACTION NO. 20-1213-P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **STEVE PRATOR, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation [Doc. No. 21] of the Magistrate Judge previously filed herein, and after an independent review of the record, including the Objection [Doc. No. 23] filed by Plaintiff and determining that the findings are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights claims regarding due process in the disciplinary process, the administrative remedy procedure, his property, access to the courts, his classification, evidence tampering, failure to defend inmates and presence, excessive disciplinary sanctions, prices for visits, high medical and commissary prices, high deposit and processing fees, automatic charges for indigent items, and entertainment prices are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED**, **ADJUDGED, AND DECREED** that Plaintiff's civil rights claims regarding incidents on September 19, 2020, October 7, 2020, November 26, 2020, December 14, 2020, and December 15, 2020, are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a).

Plaintiff's claims regarding the use of excessive force on July 16, 2019, and in August of 2020, remain pending at this time.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 28th day of February 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**