UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JOSHUA LATRAVIS PLATER #20874-035      CIVIL ACTION NO. 20-cv-1213

VERSUS                                  JUDGE TERRY A. DOUGHTY

CADDO PARISH SHERIFFS OFFICE            MAGISTRATE JUDGE HORNSBY
DETENTION BUREAU

**MEMORANDUM ORDER**

Plaintiff's complaint, as amended, asserted several claims against several defendants. The court dismissed many of the claims as frivolous or for failure to exhaust administrative remedies. Docs. 21 & 24.  The court then provided Plaintiff an opportunity to submit service papers for those defendants he wished to serve, and he submitted summons forms for defendants Daniels, Electronic Kites System Administrator, Tommy Englade, Steve Prator, and Deputy York.  The complaint was served, and an answer has been filed by Charles Daniels, Ricky York, Tommy Englade, and Steve Prator.  Doc. 29.

Several of the other named defendants are not properly identified individuals, or they are not entities that possess the capacity to be sued.  This includes defendants Emergency Response Team, Medical, and Classification Jail Records.  The departments, staffs, or the like at a jail or prison are not legal entities capable of being sued.  Granger v. Tangipahoa Parish Jail - Medical Staff, 2013 WL 1103279, *2 (E.D. La. 2013); Mondello v. Bossier Parish Sheriff's Office, 2006 WL 1985407, *4 (W.D. La. 2006).  The proper defendants are the individual officials who are alleged to have violated a plaintiff's

rights. Thus, *all claims against Emergency Response Team, Medical, and Classification Jail Records are dismissed.*

Plaintiff also named as defendants some individuals for which he did not submit service papers. Perhaps the claims directed against those defendants were dismissed when the court earlier dismissed several claims, or perhaps Plaintiff elected not to pursue those defendants for another reason. In any event, he has abandoned any claims against those defendants by not submitting service papers for them. Accordingly, *all claims against John Childress, Deputy Hamilton, and Sgt D. Darby are dismissed.* A scheduling order will issue to govern the resolution of the claims against the defendants who were served and have now filed an answer.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 25th day of May, 2022.



Mark L. Hornsby
U.S. Magistrate Judge