UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **JOSHUA LATRAVIS PLATER** | **CIVIL ACTION NO. 20-cv-1213** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CADDO PARISH SHERIFFS OFFICE DETENTION BUREAU** | **MAGISTRATE JUDGE HORNSBY** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 38] previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion for Summary Judgment [Doc. No. 36] is **GRANTED**. All remaining claims against all defendants are **DISMISSED with prejudice.**

THUS, DONE AND SIGNED at Monroe, Louisiana, this the 18th day of November 2022.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE